UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TRPN DIRECT PAY, INC., | Case No. 2:24-cv-00613-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RENE LORETTO, | |
| Defendant. | |

Pending before the Court is Plaintiff's Request for Letters Rogatory (ECF No. 5) submitted on April 4, 2024 without a motion seeking approval of the Court to issue the same.  Plaintiff may not simply submit the letters rogatory but must demonstrate the service of the letters are appropriate in the circumstances requested.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Letters Rogatory (ECF No. 5) will be held in abeyance until Plaintiff files a motion (that, if appropriate, may be presented as unopposed) seeking approval of the Court that the same be issued.

Dated this 9th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1