# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

TRPN Direct Pay, Inc.,

           Plaintiff,

- versus -

Rene Loretto,

           Defendant.

Case No. 24-cv-613 (GMN)

## ORDER OF DISMISSAL

The Plaintiff hereby consents to an Order, dismissing all claims with prejudice against the Defendant pursuant to Fed. R. Civ. P. 41(a)(2). Each party will bear its own attorney's fees and costs. The Parties agree that this stipulation may be executed in counterparts by email.

AGREED TO BY:

**OBERHEIDEN, P.C.**

By: _____
Alina Veneziano
Nevada State Bar number 16645
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 597-3388
alina@federal-lawyer.com
Counsel for TRPN Direct Pay, Inc.

*Attorneys for Plaintiff*

Dated July 17, 2024

**RENE LORETTO**

By: _____
Rene Loretto

*Defendant*

SO ORDERED

_____
The Hon. Gloria M. Navarro, USDJ

Dated: July 18, 2024